# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NICHIA CORPORATION,**

      **Plaintiff,**

**v.**                                                        **Case No:  6:19-cv-1332-Orl-37EJK**
                                                                         **6:19-cv-1333-Orl-37EJK**
                                                                           **6:19-cv-1334-Orl-37EJK**

**HEALTHE, INC.; LIGHTING SCIENCE**
**GROUP CORP.; and VIVIDGRO, INC. et al,**

      **Defendants.**

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Daniel C. Johnson, Robert P. Parker and Mark T. Rawls |
| **DEPUTY CLERK:** Landon Countryman | |
| **COURT REPORTER:** Amie First<br>amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** Joshua Reuben Brown |
| **SCHEDULED DATE/TIME:** February 6, 2020 at 10:00 AM | |

## MINUTES
### Status Conference

**10:01 am**      Case called; appearances made by counsel.

                Court addresses outstanding motions and procedural matters.

                Court to permit filing of Third Party Comlaint.

                Court extends all outstanding Case Management and Scheduling Order deadlines by 60 days.

**10:59 am**      Court adjourn

                Time in court: 10:01 am – 10:59 am;   Total time in court: 0/58