UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHIA CORPORATION,

    Plaintiff,

v.   Case No. 6:19-cv-1333-Orl-37EJK

LIGHTING SCIENCE GROUP CORP.,

    Defendant.

## ORDER

The Court held a hearing on Defendant's motion for leave to add third-party defendants. (Doc. 49 ("**Third-Party Motion**"); Doc. 59 ("**Hearing**").) Defendant also moved to extend the deadlines in the Case Management and Scheduling Order (Doc. 40 ("**CMSO**"); *see also* Docs. 46, 48). (Doc. 58 ("**CMSO Motion**").) Having considered the parties' filings and oral arguments, the Court pronounced its ruling at the Hearing, granting the Third-Party Motion and extending the deadlines in the CMSO by 60 days. In granting the motions, however, the Court cautioned Defendant it was reserving the right to sever the third-party claims or stay them if they impede the progress of the case—and the Court is reluctant to grant any further extensions of the CMSO deadlines. This Order memorializes the Court's oral pronouncement.

It is **ORDERED AND ADJUDGED**:

    1.    Defendant's Motion for Leave to Add Third-Party Defendants and Serve a Third-Party Complaint (Doc. 49) is **GRANTED.**

2. Defendant's Motion to Modify Case Management and Scheduling Order (Doc. 58) **GRANTED IN PART AND DENIED IN PART.**

   a. The deadlines in the CMSO are extended by **60 days.**

   b. In all other respects, the motion is **DENIED.**

3. The Court will enter an amended Case Management and Scheduling Order by separate order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 6, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record