**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICHIA CORPORATION,

      Plaintiff,

v.                                Case No. 6:19-cv-01333-RBD-EJK

LIGHTING SCIENCE GROUP CORP

      Defendant.

_____/

**AGREED MOTION TO CONTINUE HEARING SET FOR**
**FEBRUARY 20, 2020 AND MEMORANDUM OF LAW IN SUPPORT**

Defendant respectfully moves to continue the Motion and Rule 16 Discovery Conference Hearing currently set for February 20, 2020 (D.E. 60), and as grounds therefore states as follows:

1.      On Friday, February 7, 2020, the Court set a hearing for February 20, 2020, at 1:30 PM, on Plaintiff's Motion to Strike Defendant's Non-Infringement Disclosures (D.E. 52, "Motion to Strike") and a Rule 16 Discovery Conference Hearing.

2.      Defendant has opposed the Motion to Strike (D.E. 56); but Defendant's counsel of record have a previous engagement on the on the afternoon of February 20, 2020. At the time of the scheduled hearing, Defendant's counsel is hosting and presenting a Continue Legal Education program for the Central Florida Chapter of the Association of Corporate Counsel ("ACC"). The date of this event was selected in December 2019. The event has been advertised multiple times; and, as of this week, 50 inhouse counsel have RSVP'd to attend.

3.      On Monday, February 10, 2020, Defendant's counsel meet and conferred with Plaintiff's counsel regarding the relief requested in this motion. Today, Tuesday, February 11,

2020, Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested in this motion. Plaintiff's and Defendant's counsel also discussed alternate dates for the scheduled hearing. Both Plaintiff's and Defendant's counsel have indicated availability for a continued hearing on the afternoon of March 4, 2020, anytime on March 5, 2020, and anytime on March 6, 2020.

4.      For the reasons described above, Defendant asks the Court to grant this motion and continue the scheduled hearing to a date convenient to the Court.

5.      Plaintiff's counsel has indicated Plaintiff will not oppose this motion. Thus, it is clear that Plaintiff will not be unduly prejudiced by the requested continuance.

6.      Pursuant to Fed. R. Civ. P. 6 and 16(b), this Motion is not made for any purpose of delay and for the reasons stated above good cause exists for the requested extension.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and continue the scheduled hearing to a date convenient to the Court.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I certify that I have met and conferred with Plaintiff's Counsel who have indicated that Plaintiff will not oppose the relief requested by this motion.

Respectfully submitted,

*s/Joshua R. Brown*
Joshua R. Brown, B.C.S.
Florida Bar No. 826391
brownjr@gtlaw.com
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295
*Attorneys for Defendant*

2

*ACTIVE 48634185v1*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on February 11, 2020.

*s/Joshua R. Brown*
Joshua R. Brown
