**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Nichia Corporation,

       Plaintiff,

                              CASE NO.   6:19-cv-1333-Orl-37EJK

v.

Lighting Science Group Corporation,

       Defendant.
_____/

**MEDIATOR'S CORRECTED[1] NOTICE OF APPEARANCE**

      COMES NOW, James Matulis, and notices his appearance as mediator in the above-caption matter.

Dated:  February 20, 2020

                                                */s – James Matulis/*
                                                James M. Matulis
                                                Florida Bar No. 0077429
                                                Matulis Law & Mediation
                                                217 North Lois Avenue
                                                Tampa, FL 33609-2232
                                                Jim@MatulisLaw.com
                                                Tel. (813) 451-7347

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2020, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                                                */s/ James Matulis*
                                                James Matulis, Esq.

---

[1] Corrected to as the proper named Plaintiff.