IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF MEDIATION DATE

Plaintiff, Nichia Corporation ("Nichia"), through its undersigned counsel, and pursuant to this Court's Amended Case Management and Scheduling Order in Patent Case ("Doc. No. 70") ("Case Management Order"), hereby files this Notice with respect to the mediation date in this case.

1. As directed in the Court's original Case Management Order, Nichia's counsel conferred with counsel for Defendant and the Mediator. As a result of those consultations, the Parties and the Mediator have reserved November 17, 2020 as the mediation conference date in this case.

Dated: March 2, 2020

Respectfully submitted,

**CARLTON FIELDS, P.A.**

By: /s/ Daniel C. Johnson_____
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801-3400

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
Rothwell, fig, Ernst & Manbeck, P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

2

121377337.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 2nd day of March 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson

121377337.1