IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> LIGHTING SCIENCE GROUP CORP., </br></br> Defendant. | Case No. 6:19-cv-1333-RBD-EJK |

**AGREED JOINT MOTION TO MODIFY AMENDED CASE MANAGEMENT AND SCHEDULING ORDER AND MEMORANDUM OF LAW IN SUPPORT**

The parties to this action, through their respective undersigned counsel, hereby file this agreed joint motion to modify the Amended Case Management and Scheduling Order (Doc. No. 70). As grounds therefore, the Parties state:

1. This is a patent case. Pursuant to the Amended Case Management and Scheduling Order (Doc. No. 70), the Court has scheduled the following dates:

| | |
|---|---|
| Disclosure of Intent to Rely on Advice of Counsel as a Defense | November 14, 2020 |
| Technology Tutorial Conference | March 12, 2019 |
| Defendant's Responsive Claim Construction Brief | July 11, 2020 |
| Joint Pre-Hearing Statement | July 18, 2020 |
| Claim Construction Hearing | June 10, 2020 at 10:00 A.M. |
| Amending Infringement, Non-Infringement, and Invalidity Contentions | November 14, 2020 |
| Fact Discovery Deadline | November 14, 2020 |
| Disclosure of Expert Reports on Issues Where the Party Bears Burden of Proof | November 14, 2020 |
| Trial Term Begins | August 2, 2021 at 9:00 A.M. |

121394283.1

2. This case is related to two other cases pending before this Court: *Nichia Corporation v. Healthe, Inc., Lighting Science Group Corporation*, Case No. 6:19-cv-1332-RBD-EJK ("Case 1332") and *Nichia Corporation v. VividGro, Inc., Lighting Science Group Corporation*, Case No. 6:19-cv-01334-RBD-EJK ("Case 1334").

3. The same counsel represents Plaintiff in these three related matters. The same counsel represents the Defendants in these three related matters.

4. The Technology Tutorial Conference in Case 1332 is March 12, 2020 and in Case 1334 is May 10, 2020.[1]

5. The Claim Construction Hearing in Case 1332 is June 10, 2020 at 10:00 A.M. and in Case 1334 is May 20, 2020 at 10:30 A.M. The Claim Construction Hearings in all three related matters are currently scheduled before the Parties' Claim Construction Briefs and the Joint Pre-Hearing Statement are due.

6. The Disclosure of Expert Reports on Issues Where the Party Bears the Burden of Proof in Case 1332 and Case 1334 is December 11, 2020.

7. It would greatly assist the Parties in this case if due dates in Case 1332 and Case 1334 were to align and if the date for the Claim Construction Hearing were moved. The Parties anticipate filing substantively identical motions in Case 1332 and Case 1334 to align all of the dates (other than trial dates) in all of these three cases. These extensions constitute good cause for the relief requested herein in accordance with Fed. R. Civ. P. 6.

8. The Parties also note that the Disclosure of Intent to Rely on Advice of Counsel as a Defense is due November 14, 2020, Defendant's Responsive Claim Construction Brief is

---

[1] At the status conference in this case held on February 6, 2020, the Court discussed with the parties moving the technology tutorial approximately 60 days. Moreover, the Parties anticipate filing a motion in Case 1334 to move this date, which falls on a Saturday, to Monday, May 11, 2020.

121394283.1

due July 11, 2020, the Joint Pre-Hearing Statement is due July 18, 2020, the deadline for Amending Infringement, Non-Infringement, and Invalidity is November 14, 2020, and the Fact Discovery Deadline is November 14, 2020.

9. Each of these dates are currently scheduled for a Saturday. The parties request that these dates be moved to the following Monday in order to provide clarity regarding the obligations of the parties. This would require a two-day extension in this case and constitutes good cause for the relief requested herein in accordance with Fed. R. Civ. P. 6.

10. The Parties further note that the Trial Terms in all three related cases are currently scheduled for August 2, 2021 at 9:00 A.M. The Parties have agreed to stagger the Trial Terms one month apart in the order of Case 1334, then this case, and then Case 1332.

11. It would greatly assist the Parties in this case if Trial Terms were staggered in such order. This would require a one-month extension in this case and constitutes good cause for the relief requested herein in accordance with Fed. R. Civ. P. 6.

12. In accordance with Local Rule 3.01, the undersigned certify that both Parties agree to the relief sought in this motion.

13. In accordance with Fed. R. Civ. P. 6, this Motion is not made for any purpose of delay but for the reasons set forth above to allow coordination between these three related cases.

WHEREFORE, the Parties request that the Court grant the Parties the following extensions of time and grant the Parties such other and further relief as the Court deems proper:

| Event | Current Date | Requested Date |
|---|---|---|
| Disclosure of Intent to Rely on Advice of Counsel as a Defense | November 14, 2020 | November 16, 2020 |
| Technology Tutorial Conference | March 12, 2019 | May 11, 2020 |
| Defendant's Responsive Claim Construction Brief | July 11, 2020 | July 13, 2020 |
| Joint Pre-Hearing Statement | July 18, 2020 | July 20, 2020 |
| Claim Construction Hearing | June 10, 2020 at 10 A.M. | August 10, 2020 |
| Amending Infringement, Non-Infringement, and Invalidity Contentions | November 14, 2020 | November 16, 2020 |
| Fact Discovery Deadline | November 14, 2020 | November 16, 2020 |
| Disclosure of Expert Reports on Issues Where the Party Bears Burden of Proof | November 14, 2020 | December 11, 2020 |
| Trial Term Begins | August 2, 2021 at 9:00 A.M. | September 6, 2021 |

Date: March 3, 2020                                                    Respectfully submitted,


By: */s/ Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880

By:  */s/ Joshua Brown*
Joshua Brown, B.C.S.
Florida Bar No. 826391
brownjr@gtlaw.com
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295
*Attorneys for Defendants*

Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3400
Tel. No.: (407) 244-8237
Fax No.: (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 3rd day of March, 2020.

/s/ *Daniel C. Johnson*
Daniel C. Johnson

121394283.1