IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO STRIKE DEFENDANT'S INVALIDITY DISCLOSURES**

Pursuant to Local Rule 3.01(j), Plaintiff, Nichia Corporation ("Nichia") respectfully requests oral argument on Plaintiff's Motion to Strike Defendant's Invalidity Disclosures (Dkt. 78).

Nichia estimates that less than one hour is needed to hear this motion, along with the similar motions filed in Case Nos. 6:19-cv-1332 and 6:19-cv-1334.

Dated: March 5, 2020

                                                        Respectfully submitted,

                                                        **CARLTON FIELDS, P.A.**

                                                        *By: /s/ Daniel C. Johnson*_____
                                                        Eleanor M. Yost
                                                        Florida Bar No. 1003178
                                                       eyost@carltonfields.com
                                                        William (Ty) Giltinan
                                                       Florida Bar No. 27810
                                                       wgiltinan@carltonfields.com
                                                       J. Coy Stull
                                                       Florida Bar No. 15764
                                                       jstull@carltonfields.com
                                                       4221 W. Boy Scout Boulevard
                                                       Suite 1000
                                                       Tampa, Florida 33607-5780
                                                      Tel. No.: (813) 229-4395

Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801-3400

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
Rothwell, fig, Ernst & Manbeck, P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 5th day of March 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson

121416363.1