IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| NICHIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) | |
| | ) | |
| LIGHTING SCIENCE GROUP CORP., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PLAINTIFF NICHIA CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S INVALIDITY DISCLOSURES SET FOR HEARING ON APRIL 1, 2020 AND MEMORANDUM OF LAW IN SUPPORT

Plaintiff Nichia Corporation, through its undersigned counsel, and pursuant to Local Rule 3.01(d), respectfully requests leave to submit a reply of 500 words or less in support of Nichia's Motion to Strike Defendant's Invalidity Contentions set for hearing on April 1, 2020.

Specifically, Nichia asks to file a reply in order to bring to the Court's attention points on which Defendant's response confuses the facts and the history leading up the Nichia's Motion to Strike.

Nichia is prepared to file its reply within one (1) business day after leave being granted.

## CERTIFICATE OF CONFERRAL

In accordance with Local Rule 3.01(g), the undersigned certifies that he conferred with Defendant's counsel, who confirmed that Defendant opposed the requested relief.

Dated:  March 23, 2020

Respectfully submitted,

**CARLTON FIELDS, P.A.**

By:  */s/ Daniel McCallum*

Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
djohnson@carltonfields.com
200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400
Tel. No.:  (407) 244-8237
Fax No.:   (407) 648-9099

Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005

2

Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 23th day of March 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson

121563613.1