IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIGHTING SCIENCE GROUP CORP., )<br>)<br>Defendant. )<br>)<br>) | Case No. 6:19-cv-1333-RBD-EJK |

**PLAINTIFF NICHIA CORPORATION'S NOTICE OF WITHDRAWAL OF
MOTION TO STRIKE DEFENDANT'S INVALIDITY DISCLOSURES --
SET FOR HEARING ON APRIL 1, 2020**

Nichia Corporation respectfully submits this Notice of Withdrawal of its Motion to Strike Defendant's Invalidity Contentions Doc. No. 78, which is set for hearing on April 1, 2020.

On March 24, 2020, shortly after this Court granted Nichia's Motion for Leave to File a Reply, Defendant served its Second Supplemental Invalidity Contentions. As the Second Supplemental Contentions identify specific prior art on a patent-claim by patent-claim basis, Defendant has addressed the primary concern Nichia first raised in January.

Accordingly, Nichia withdraws its Motion to Strike Defendant's Invalidity Contentions.

Nichia's Motion to Strike Non-Infringement Disclosures (Doc. No. 52) which is also set for hearing on April 1, 2020 is *not* affected by this notice and remains pending.

Dated:  March 26, 2020

Respectfully submitted,

**CARLTON FIELDS, P.A.**

By: */s/ Daniel McCallum*

Daniel C. Johnson

121592373.1

Case 6:19-cv-01333-RBD-EJK   Document 89   Filed 03/26/20   Page 2 of 3 PageID 1275

Trial Counsel
Florida Bar No. 522880
djohnson@carltonfields.com
200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400
Tel. No.:  (407) 244-8237
Fax No.:   (407) 648-9099

Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

2

121592373.1

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 26th day of March 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson