IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**AGREED JOINT MOTION TO CONTINUE HEARING**
**AND MEMORANDUM OF LAW IN SUPPORT**

The parties to this action, through their respective undersigned counsel, hereby file this agreed joint motion to modify the Amended Case Management and Scheduling Order (Doc. No. 70), and continue the Technology Tutorial Conference. As grounds therefore, the Parties state:

1. This is a patent case.

2. This case is related to two other cases pending before this Court: *Nichia Corporation v. Healthe, Inc., Lighting Science Group Corporation*, Case No. 6:19-cv-1332-RBD-EJK ("Case 1332") and *Nichia Corporation v. VividGro, Inc., Lighting Science Group Corporation*, Case No. 6:19-cv-01334-RBD-EJK ("Case 1334").

3. The same counsel represents Plaintiff in these three related matters. The same counsel represents the Defendants in these three related matters.

4. On March 4, 2020, the Parties jointly moved to modify the Amended Case Management and Scheduling Order, requesting that the Court schedule the Technology Tutorial on **May 11, 2020**. (Dkt. 75).

5. The Parties also jointly moved to have the claim construction hearing held on **August 10, 2020**.

6. That Joint Motion is pending before the Court, and is scheduled to be addressed at the April 21, 2020 telephonic hearing.

7. In view of the novel coronavirus outbreak, the parties respectfully request that the Technology Tutorial be continued.

8. Specifically, in order to avoid travel (particularly on the part of out-of-state counsel), and consistent with the Court's March 18, 2020 "Orlando Division Protocol for Proceedings During COVID-19 Directives," the parties request that the Technology Tutorial be scheduled to occur sometime after July 15, 2020, and prior to the requested August 10, 2020 claim construction hearing. The parties are hopeful that with this continuance, counsel will be able to safely travel and appear before the Court.

9. These extensions constitute good cause for the relief requested herein in accordance with Fed. R. Civ. P. 6.

10. In accordance with Local Rule 3.01, the undersigned certify that both Parties agree to the relief sought in this motion.

11. In accordance with Fed. R. Civ. P. 6, this Motion is not made for any purpose of delay but for the reasons set forth above to allow coordination between these three related cases.

| | |
|---|---|
| Date: April 17, 2020 | Respectfully submitted, |

By: /s/ *Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3400
Tel. No.: (407) 244-8237
Fax No.: (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com

By */s/Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

and

Andrew Gish
Noroozi PC
1250 Broadway, 36th Floor
New York, NY 10001
(212) 328-1164

*Attorneys for Defendant*

3

Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 17th day of April, 2020.

/s/ *Daniel C. Johnson*
Daniel C. Johnson