IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**PLAINTIFF NICHIA CORPORATION'S NOTICE OF WITHDRAWAL OF
MOTION TO STRIKE DEFENDANT'S NON-INFRINGEMENT DISCLOSURES --
SET FOR HEARING ON APRIL 21, 2020**

Nichia Corporation respectfully submits this Notice of Withdrawal of its Motion to Strike Defendant's Non-Infringement Contentions (Doc. No. 52), which is set for hearing on Tuesday, April 21, 2020.

On the evening of Friday, April 17, 2020, Defendant Served Supplemental Non-Infringement Contentions.  The updated contentions are a supplement to Defendant's contentions served on January 8, 2020, and address the primary concerns raised in Nichia's Motion to Strike (Doc. No. 52), filed on January 27, 2020.

Accordingly, Nichia withdraws its Motion to Strike Defendant's Non-Infringement Contentions.

Dated:  April 20, 2020               Respectfully submitted,

                                 **CARLTON FIELDS, P.A.**

                                 By: */s/ Daniel C. Johnson*
                                 Daniel C. Johnson
                                 Trial Counsel

121773367.1

Florida Bar No. 522880
djohnson@carltonfields.com
200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3400
Tel. No.: (407) 244-8237
Fax No.: (407) 648-9099

Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 20th day of April, 2020.

>*/s/Daniel C. Johnson*
>Daniel C. Johnson

121773367.1