IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Second Amended Case Management and Scheduling Order (Dkt. 107), Plaintiff Nichia Corporation ("Nichia") and Defendant Lighting Science Group Corp. ("LSG") submit this Joint Claim Construction Statement.

Lead counsel for the parties have conferred regarding the claim terms in dispute, and narrowed the disputes between the parties. Appendix A is a chart that includes each party's construction of each disputed claim term and the relevance of the construction of each term for summary judgment. The number of claim terms in dispute is no more than ten (10). Appendix B is a chart that includes the intrinsic evidence, the extrinsic evidence, and a summary of expert testimony, if any. Appendix C is a chart with the parties' agreed constructions. The parties will submit expert testimony with the claim construction briefing.

The parties will notify the Court promptly regarding any additional agreed constructions reached prior to the claim construction hearing scheduled for August 19, 2020.

Date: May 11, 2020

By: */s/ Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3400
Tel. No.: (407) 244-8237
Fax No.: (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)

Respectfully submitted,

By */s/Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

and

Andrew Gish
Noroozi PC
1250 Broadway, 36th Floor
New York, NY 10001
(212) 328-1164

*Attorneys for Defendants*

2

mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 11th day of May, 2020.

/s/ *Daniel C. Johnson*_____
Daniel C. Johnson