IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| NICHIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) | |
| | ) | |
| LIGHTING SCIENCE GROUP CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED JOINT MOTION REGARDING
TECHNOLOGY TUTORIAL ON JULY 22, 2020 AND
MEMORANDUM OF LAW IN SUPPORT**

Nichia Corporation and Defendant respectfully submit this Joint Motion in view of the

Technology Tutorial scheduled for July 22, 2020 in this case as well as two companion cases:

*Nichia Corporation vs. Healthe, Inc. and Lighting Science Group Corp.,* 6:19-cv-1332-RBD-

EJK; and *Nichia Corporation v. VividGro Inc. and Lighting Science Group Corp.*, 6:19-cv-1334-

RBD-EJK.

Specifically, the parties jointly request that the hearing occur remotely, using video-

conference technology.  The tutorial will be presented by out of state counsel for both parties,

and therefore a remote hearing would alleviate the need for counsel (and any client

representatives) to travel.

In addition, the parties propose the following format for the tutorial:

1.      Each side will be permitted two hours to present, with Plaintiff Nichia

Corporation presenting first, and the Defendant entities providing any supplemental

presentation;

2.      The parties have agreed to forgo the use of expert testimony; and

3.      The parties will provide the Court with copies of their respective tutorial materials by 5 p.m. on July 20, 2020.

This motion is timely filed pursuant to Fed.R.Civ.P. 6 and not for any improper purposed but for the reasons set forth above.

WHEREFORE, the parties respectfully request the Court grant this motion, order the hearing to be conducted remotely, using video-conference technology and adopt the parties' further requests set forth in paragraphs 1 – 3 above.

Date: July 13, 2020

By /s/ Daniel C. Johnson
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.

Respectfully submitted,

By /s/Ryan T. Santurri
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

and

Andrew Gish
Noroozi PC
1250 Broadway, 36th Floor
New York, NY  10001
(212) 328-1164

Attorneys for Defendant

2

200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400
Tel. No.:  (407) 244-8237
Fax No.:  (407) 648-9099

-and-

**ROTHWELL,   FIGG,   ERNST   &
MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished,

electronically, through the CM/ECF system, to all counsel of record on this 13TH day of July, 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson

123014827.1