UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORP.,<br><br>Defendant. | Case No. 6:19-cv-1333-RBD-EJK |

**DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

## **TABLE OF CONTENTS**

I. Introduction ................................................................................................................... 1

II. Claim Construction........................................................................................................ 1

      A. "absorbing a part of" Shimizu '375 Patent (claim 1)................................................1

      B. "fissure" Tamemoto '916 Patent (claim 1) ..............................................................1

      C. "crack" Tamemoto '916 Patent (claim 16) ..............................................................1

      D. "lead" Ichikawa '250 Patent (claim 1)......................................................................2

III. Conclusion...................................................................................................................... 2

I.   **Introduction**

Subject to the reservations outlined herein, Defendant agrees to the claim constructions proposed by Nichia. Accordingly, no disputed terms remain at issue in this case.

II.  **Claim Construction**

    A.   **"absorbing a part of"**
        **Shimizu '375 Patent (claim 1)**

Defendant withdraws its proposed construction and agrees to Nichia's construction of this term. Defendant make no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction. Further, Defendant reserves the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

    B.   **"fissure"**
        **Tamemoto '916 Patent (claim 1)**

Nichia proposed that this term be given its plain meaning or alternatively be construed as "a narrow opening." Defendant withdraws its proposed construction and agrees that this term should be assigned its plain meaning. Defendant makes no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction. Further, Defendant reserves the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

    C.   **"crack"**
        **Tamemoto '916 Patent (claim 16)**

Nichia proposed that this term be given its plain meaning or alternatively be construed as "a break." Defendant withdraws its proposed construction and agrees that this term should be assigned its plain meaning. Defendant makes no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction.

2

Further, Defendant reserves the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

### D. "lead"
### Ichikawa '250 Patent (claim 1)

Defendant withdraws its proposed construction and agrees to Nichia's construction of this term. Defendant make no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction.  Further, Defendant reserves the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

### III. Conclusion

For the reasons set forth above, and subject to the reservations detailed, Defendant agrees to the claim constructions proposed by Nichia.  Accordingly, no disputed terms remain at issue in this case.

Date: July 13, 2020					Respectfully submitted,

*/s/  Andrew Gish*
Andrew Gish
NOROOZI PC
1250 Broadway, 36th Floor
New York, NY 10001
(212) 328-1164

and

Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPLET & GILCHRIS, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of July 2020, I served the foregoing document by email on all counsel of record.

                                                           */s/  Andrew Gish*