IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 6:19-cv-01333-RBD-EJK |
| v. ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| LIGHTING SCIENCE GROUP CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**UNOPPOSED MOTION FOR ADMISSION OF D. LAWSON ALLEN
TO PRACTICE PRO HAC VICE, DESIGNATION OF
LOCAL COUNSEL, CONSENT TO ACT
AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff, Nichia Corporation ("Nichia"), by and through undersigned counsel and pursuant to Local Rule 2.02, respectfully moves this Court to permit *pro hac vice* admission of D. Lawson Allen of Rothwell, Figg Ernst & Manbeck, P.C., 607 14th St., NW, Suite 800, Washington, D.C. 20005 to appear in this proceeding, as co-counsel for Nichia and, in support, states as follows:

1. Mr. Allen and his law firm, Rothwell, Figg, Ernst & Manbeck, P.C., have been retained to represent Nichia as co-counsel in all proceedings conducted in this cause.

2. Mr. Allen is an attorney licensed to practice law and is a member of good standing of the Bar of the District of Columbia.

3. Mr. Allen is also admitted to practice and is in good standing with U.S. District Court, District of Columbia and U.S. Court of Appeals, Federal Circuit.

2

4. Mr. Allen has not been disciplined in any manner by any jurisdiction within the past five (5) years and does not have any pending disciplinary proceedings.

5. Mr. Allen is not a resident of, and does not maintain a regular practice in, the State of Florida, and has not entered an appearance *pro hac vice* in the past five (5) years in any case in the State of Florida whether it be in State or Federal Court.

6. Mr. Allen is familiar with the Plaintiff and the matters involved in this litigation. Plaintiff is desirous that Mr. Allen fully participate in this action.

7. Mr. Allen is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. He is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar, as stated in the Special Attorney Certification.

8. Mr. Allen's Special Admission Attorney Certifications, along with the $150 total fee payable to the Clerk, U.S. District Court, are being contemporaneously sent to the Clerk. Mr. Allen will complete the ECF registration form online on the Court's website promptly upon entry of an order granting this Motion.

9. Mr. Allen designates Daniel C. Johnson and the law firm of Carlton Fields, P.A., 200 S. Orange Ave., Ste. 1000, Orlando, Florida 32801, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Through his signature affixed below, Daniel C. Johnson and the law firm of Carlton Fields, P.A. hereby consent to such designation.

10. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Daniel C. Johnson certifies that Mr. Allen will comply with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, the undersigned respectfully request this Court to enter an order admitting D. Lawson Allen to practice before this Court *pro hac vice*.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an order granting this motion.

Dated this 15th day of July, 2020.

        Respectfully submitted,

        **CARLTON FIELDS, P.A.**

        By: /s/ Daniel C. Johnson
        Daniel C. Johnson
        Trial Counsel
        Florida Bar No. 522880
        djohnson@carltonfields.com
        200 S. Orange Ave., Ste. 1000
        Orlando, Florida  32801-3400
        Tel. No.:  (407) 244-8237
        Fax No.:   (407) 648-9099

        Eleanor M. Yost
        Florida Bar No. 1003178
        eyost@carltonfields.com
        William (Ty) Giltinan

Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
D. Lawson Allen (*pro hac vice motion to be filed*)
lallen@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No. : (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, this 15th day of July, 2020.

/s/Daniel Johnson
Daniel Johnson

-