IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 6:19-cv-01333-RBD-EJK |
| v. ) | |
| ) | |
| LIGHTING SCIENCE GROUP CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**AGREED JOINT MOTION REGARDING TECHNOLOGY TUTORIAL ON
JULY 22, 2020 AND
THE CLAIM CONSTRUCTION HEARING
AND
<u>MEMORANDUM OF LAW IN SUPPORT</u>**

Nichia Corporation and Defendants respectfully submit this agreed Joint Motion in view of the Technology Tutorial scheduled for July 22, 2020 and the Claim Construction Hearing scheduled for August 19, 2020 in this case, as well as two companion cases: *Nichia Corporation vs. Healthe, Inc. and Lighting Science Group Corp.*., 6:19-cv-1332-RBD-EJK; and *Nichia Corporation v. VividGro Inc. and Lighting Science Group Corp.*, 6:19-cv-1334-RBD-EJK.

On the evening of July 13, 2020, and after the parties had submitted their Agreed Joint Motion regarding the Technology Tutorial,[1] Defendants filed their responsive claim construction brief. In their brief, Defendants agreed to all of Plaintiff Nichia's proposed construction. Accordingly, as the parties are now in agreement as to the meaning of all claim terms, the parties propose the following:

---

[1] The Court issued an Order (Doc. No. 114) on July 14, 2020, granting the Joint Motion.

- That the Court postpone the Technology Tutorial as well as the July 20, 2020 deadline for submitting the materials to the Court until a later date prior to the Deadline for Filing Dispositive and *Daubert* Motions, when the tutorial may be of more value to the Court.

- That, in view of the parties' agreement regarding the claim constructions, the Court adjourn the claim construction hearing now scheduled for August 19, 2020.

Finally, the parties will be submitting an updated Joint Stipulation identifying the agreed constructions for the claim terms.

WHEREFORE, the parties respectfully request the Court grant this motion, and enter an order rescheduling the Technology Tutorial and submission of materials to the Court to a time and date convenient to the Court, and adjourning the claim construction hearing.

| | |
|---|---|
| Date: July 16, 2020 | Respectfully submitted, |
| By: /s/ Daniel C. Johnson<br>Eleanor M. Yost<br>Florida Bar No. 1003178<br>eyost@carltonfields.com<br>William (Ty) Giltinan<br>Florida Bar No. 27810<br>wgiltinan@carltonfields.com<br>J. Coy Stull<br>Florida Bar No. 15764<br>jstull@carltonfields.com<br><br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, Florida 33607-5780<br>Tel. No.: (813) 229-4395<br>Fax No.: (813) 229-4133<br><br>-and-<br><br>Daniel C. Johnson<br>Trial Counsel | By /s/Ryan T. Santurri<br>Ryan T. Santurri<br>Florida Bar No. 15698<br>rsanturri@allendyer.com<br>ALLEN, DYER, DOPPELT<br> & GILCHRIST, P.A.<br>255 South Orange Avenue, Suite 1401<br>Post Office Box 3791<br>Orlando, FL 32802-3791<br>Telephone: (407) 841-2330<br>Facsimile: (407) 841-2343<br><br>and<br><br>Andrew Gish<br>Noroozi PC<br>1250 Broadway, 36th Floor<br>New York, NY  10001<br>(212) 328-1164<br><br>*Attorneys for Defendant* |

djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida 32801-3400
Tel. No.: (407) 244-8237
Fax No.: (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

123048533.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, this 16th day of July, 2020.

*/s/ Daniel C. Johnson*
Daniel C. Johnson
