IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case Nos. 6:19-cv-1333-RBD-EJK |
| LIGHTING SCIENCE GROUP CORP., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF AGREED CLAIM CONSTRUCTIONS**

Nichia Corporation and Defendant respectfully submit this agreed Joint Stipulation of Agreed Claim Constructions in the above-captioned case, as well in the two companion cases: *Nichia Corporation v. Healthe, Inc. and Lighting Science Group Corp., 6:19-cv-1332-RBD-EJK* and *Nichia Corporation v. VividGro Inc. and Lighting Science Group Corp.*, 6:19-cv-1334-RBD-EJK.

Specifically, on May 11, 2020, the parties submitted a Joint Claim Construction Statement consisting of the then-disputed claim constructions, along with certain agreed claim constructions, (Dkt. 110).

On June 11, 2020, Nichia submitted its Claim Construction Brief on the disputed claim terms, (Dkt. 111).

On July 13, 2020, Defendant submitted its Claim Construction Brief, agreeing with Nichia's proposed constructions, (Dkt. 113), as detailed in the accompanying Appendix A.

The Parties therefore jointly stipulate to the claim constructions in the accompanying Appendix A, and represent that there are no longer any disputed claim constructions.

<table>
<tr><td>

Date: July 20, 2020


By: /s/ Daniel McCallum
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400
Tel. No.:  (407) 244-8237
Fax No.:   (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)

</td><td>

Respectfully submitted,


By /s/Ryan T. Santurri
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

and

Andrew Gish
Noroozi PC
1250 Broadway, 36th Floor
New York, NY  10001
(212) 328-1164

*Attorneys for Defendants*

</td></tr>
</table>

dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
D. Lawson Allen (pro hac vice)
lallen@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, this 20th day of July, 2020.

*/s/ Daniel McCallum*
Daniel McCallum
