**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICHIA CORPORATION,

    Plaintiff,

v.                                         Case No. 6:19-CV-1333-RBD-EJK

LIGHTING SCIENCE GROUP CORP.,

    Defendant.

_____/

**UNOPPOSED, VERIFIED MOTION FOR**
**ADMISSION PRO HAC VICE AND DESIGNATION OF COUNSEL**

Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, Defendant LIGHTING SCIENCE GROUP CORP ("Defendant") hereby moves for entry of an Order permitting the *pro hac vice* admission in the above-styled case of Jay Emerick, Esq., and in support of this Motion states:

    1.    Mr. Emerick is an attorney in the law firm of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654.

    2.    Mr. Emerick is an active member in good standing of the Bar of the State of Illinois and is admitted to practice in the following Courts:

- United States District Court for the Northern District of Illinois;
- United States Court of Appeals for the Federal Circuit.

    3.    Mr. Emerick does not maintain a regular practice in the State of Florida.

    4.    Mr. Emerick has not been disciplined in any manner by any jurisdiction within the past five (5) years and does not have any pending disciplinary proceedings.

    5.    Mr. Emerick has significant familiarity with Defendant and the matters involved in this litigation, and Defendant desires that Mr. Emerick fully participate in this action.

6. All applicable provisions of the Rules of Judicial Administration and the Rules Regulating the Florida Bar have been reviewed by Mr. Emerick, and this motion is in full compliance therewith.

7. Mr. Emerick will be associated in this action with Ryan T. Santurri for the purposes of representation in this case. Mr. Santurri, a duly licensed and resident member of the Bar of this Court, Florida Bar No. 15698, of the law firm of Allen, Dyer, Doppelt & Gilchrist, P.A., 255 S. Orange Ave., Suite 1401, Orlando, Florida 32801, is a member in good standing of the Florida Bar and the Bar of the Middle District, and will serve as the Florida attorney who shall fulfill the requirements of Local Rule 2.02(a)(1), and is hereby designated as the person upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney(s).

WHEREFORE, Defendant, by and through the undersigned counsel, respectfully requests that Jay Emerick, Esq. be admitted to appear *pro hac vice* on behalf of Defendant in this action, that Ryan T. Santurri be designated as local co-counsel, and that an Order be issued to that effect.

## VERIFICATION OF MOTION

Under penalty of perjury, I declare that I have read the foregoing Verified Motion for Admission *Pro Hac Vice* and Designation of Counsel, and that the facts stated in it are true.

/s/ Jay Emerick
Jay Emerick

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Defendant hereby certifies conferral with Plaintiff's counsel on August 31, 2020, who indicated that Plaintiff does not oppose the relief requested in this Motion.

Respectfully submitted,

/s/Ryan T. Santurri
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
 & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Ryan T. Santurri
Ryan T. Santurri