IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:19-cv-1333-RBD-EJK ) ) |
| LIGHTING SCIENCE GROUP CORP., | ) ) |
| Defendant. | ) ) ) ) |

**AGREED JOINT MOTION TO MODIFY AMENDED CASE MANAGEMENT AND SCHEDULING ORDER AND MEMORANDUM OF LAW IN SUPPORT**

The Parties to this action, through their respective undersigned counsel, hereby file this Agreed Joint Motion to Modify the Amended Case Management and Scheduling Order (Doc. No. 70) and the Second Amended Case Management, Scheduling Order (Doc. No. 107), and Order Postponing Technology Tutorial (Doc. No. 118) (collectively, "Case Management Orders") for good cause shown.

As explained in more detail below, the Parties seek extensions of time because additional time is required to complete discovery due to difficulties caused by the Covid-19 pandemic. As grounds therefore, the Parties state:

1. Pursuant to the Case Management Orders, the Court has scheduled the following dates:

| Deadline or Event | Current Date |
|---|---|
| Amending Infringement, Non-Infringement, and Invalidity Contentions | November 16, 2020 |
| Fact Discovery Deadline | November 16, 2020 |

1

| Deadline or Event | Current Date |
|---|---|
| Disclosure of Expert Reports | November 14, 2020 |
| Disclosure of Intent to Rely on Advice of Counsel | November 16, 2020 |
| Disclosure of Rebuttal Expert Reports | January 11, 2021 |
| Expert Discovery Deadline | March 12, 2021 |
| Mediation Deadline | March 30, 2021 |
| Dispositive and *Daubert* Motions Deadline | April 12, 2021 |
| Tech Tutorial Conference | May 12, 2021 at 10:00 am |
| Deadline to Meet and Confer *in Person* to prepare Joint Final Pretrial Statement | June 7, 2021 |
| Deadline for Filing all Other Motions, Including Motions *in Limine* | June 24, 2021 |
| Joint Final Pretrial Statement | July 8, 2021 |
| Final Pretrial Conference | July 15, 2021 at 10:00 am |
| Trial Term Begins | August 2, 2021 at 9:00 am |

2. The Parties have been actively litigating this case notwithstanding the difficulties caused by the COVID-19 pandemic. However, the Parties are requesting an extension of the fact discovery deadline (and all associated deadlines) so that they may safely and effectively conduct the depositions of Plaintiffs' deponents located in Japan.

3. All of the named inventors are located in Japan, and deposing them is presenting very substantial challenges. Under the United States – Japan Consular Convention, depositions in Japan taken for use in a court in the United States may occur only at the U.S. Embassy or Consulate under the supervision of a consular officer.[1]  Currently, and until further notice, the deposition rooms at the U.S. Embassy and Consulates in Japan are not available and are not taking reservations.[2]

---

[1] *See Depositions in Japan*, U.S. Embassy & Consulates in Japan (last visited Sept. 14, 2020), available at https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/#dep
[2] https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/#ava

4. Further, remote depositions are not permitted in Japan. The U.S. State Department has stated that, "Japanese authorities have informed the United States that Japan does not permit the taking of telephone or video testimony."[3]

5. Further, even if the depositions could be taken in Japan, which they cannot as explained above, the current travel restrictions pose an undue burden on conducting depositions in-person. Japan still maintains strict travel restrictions. Foreign nationals who have stayed in the United States within fourteen days of traveling to Japan are denied entry.[4] And having the Japan-based witnesses travel abroad for their depositions would implicate other entry restrictions, depending on their destination.

## PARTIES' JOINT REQUEST TO MODIFY DEADLINES

6. As a result of the difficulties discussed above, the Parties jointly request the deadlines in this case be modified as requested in the table below. This will allow the additional time necessary to complete discovery.

7. Set forth immediately below is a table showing the current upcoming deadlines and the new proposed deadlines. The deadline to mediate remains the same, but all other dates have been extended four (4) months to accommodate for the discovery difficulties occasioned by the Covid-19 pandemic.

---

[3] *See Japan Judicial Assistance Information*, U.S. Dep't of State (last visited Sept. 14, 2020), available at https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Japan.html

[4] *See Border Enforcement Measures to Prevent the Spread of Novel Coronavirus (COVID-19)*, Ministry of Foreign Affairs of Japan, at 1 (August 30, 2020) available at https://www.mofa.go.jp/ca/fna/page4e_001053.html.

123665248.1

| Deadline or Event | Current Date | Jointly Requested Deadline |
|---|---|---|
| Amending Infringement, Non-Infringement, and Invalidity Contentions | November 16, 2020 | March 16, 2021 |
| Disclosure of Intent to Rely on Advice of Counsel | November 16, 2020 | March 16, 2021 |
| Fact Discovery Deadline | November 16, 2020 | March 16, 2021 |
| Disclosure of Expert Reports | November 14, 2020 | April 12, 2021 |
| Disclosure of Rebuttal Expert Reports | January 11, 2021 | May 11, 2021 |
| Expert Discovery Deadline | March 12, 2021 | July 12, 2021 |
| Mediation Deadline | November 17, 2020 | November 17, 2020 |
| Dispositive and *Daubert* Motions Deadline | April 12, 2021 | August 12, 2021 |
| Tech Tutorial Conference | May 12, 2021 at 10:00 am | September 13, 2021 |
| Deadline to Meet and Confer *in Person* to prepare Joint Final Pretrial Statement | June 7, 2021 | October 7, 2021 |
| Deadline for Filing all Other Motions, Including Motions *in Limine* | June 24, 2021 | October 25, 2021 |
| Joint Final Pretrial Statement | July 8, 2021 | November 8, 2021 |
| Final Pretrial Conference | July 15, 2021 at 10:00 am | November 15, 2021 |
| Trial Term Begins | August 2, 2021 at 9:00 am | December 6, 2021 |

8.  As explained above, the Parties respectfully contend that there is good cause shown for the proposed modification of the Amended Case Management and Scheduling Order (Doc. No. 70) and the Second Amended Case Management, Scheduling Order (Doc. No. 107), and Order Postponing Technology Tutorial (Doc. No. 118). Matters have impacted discovery that could not have been anticipated when the Amended Case Management and Scheduling Order (Doc. No. 70) was entered, or when the Second Amended Case Management and Scheduling Order (Doc. No. 107) was entered. For the reasons explained above, additional time is required to allow the Parties to complete discovery in this case.

9. The relief in this Motion is timely sought in accordance with Fed.R.Civ.P 6 for good cause shown and not for any improper purpose of delay.

10. In accordance with Local Rule 3.01(g), the undersigned certify that all Parties agree to the relief sought in this motion.

WHEREFORE, the Parties respectfully request the Court amend the Amended Case Management and Scheduling Order (Doc. No. 70) and the Second Amended Case Management, Scheduling Order (Doc. No. 107), and Order Postponing Technology Tutorial (Doc. No. 118), and modify the deadlines as requested in the table contained in paragraph 7 above.

Date: September 28, 2020

Respectfully submitted,

By: /s/ *Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400

By:  /s/ Ryan T. Santurri
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
& GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Jay Emerick
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-3772
jay.emerick@kirkland.com

*Attorneys for Defendant*

Tel. No.:  (407) 244-8237
Fax No.:   (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST
& MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com
D. Lawson Allen (*pro hac vice*)
dallen@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 28th day of September 2020.

             /s/ *Daniel C. Johnson*
             Daniel C. Johnson