IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHIA CORPORATION,                         )
                                            )
                    Plaintiff,              )
                                            )   Case No. 6:19-cv-1333-RBD-EJK
        v.                                  )
                                            )
LIGHTING SCIENCE GROUP CORP.,               )
                                            )
                    Defendant.              )
                                            )
                                            )

**AGREED JOINT MOTION FOR REMOTE MEDIATION
AND MEMORANDUM OF LAW IN SUPPORT**

The Parties to this action, through their respective undersigned counsel, hereby file this

Agreed Joint Motion for Remote Mediation.

Pursuant to the Court's Amended Case Management and Scheduling Order (Doc. No. 70),

the Parties jointly agreed to mediate this matter before Mr. Jim Matulis on November 17, 2020.

(Doc. Nos. 71 and 74).  Due to the difficulties caused by the Covid-19 pandemic, the Parties

respectfully request that the Court allow the mediation to be occur remotely, with video-

teleconference technology.

As grounds therefore, the Parties state:

1.      Pursuant to the Case Management Order, the Parties selected Mr. Jim Matulis as

the mediator, and agreed to mediate the case on November 17, 2020.

2.      The Court's Case Management Order states that the mediation conference shall

occur "in the conference room of the mediator's law firm or office at a time and date selected by

the mediator within the confines of this order."  (Doc. No. 70, at 16-17).

1

3.      As the Court is aware, the Covid-19 pandemic creates difficulties for the Parties' attorneys and representatives to travel to the District for mediation.  Specifically, Plaintiff Nichia Corporation (and its representatives) are located in Japan, while attorneys for both Plaintiff and the Defendant are located in the United States but outside the state of Florida.

4.      Sections 7 and 8 of the Court's March 18, 2020 Protocol for Proceedings During Covid-19 Directives suspend in-person meet and confer requirements and discourage travel for the purposes of litigation.

5.      Therefore, rather than delay the mediation process, the Parties jointly request that the Court permit the Parties to conduct the mediation remotely, using videoconference technology. The Parties believe that conducting the mediation session now, but remotely, is the most efficient way to continue the progress of this litigation.

6.      Further, the Parties have conferred with Mr. Matulis, and he has agreed to conduct the mediation remotely.

7.      The relief in this Motion is timely sought in accordance with Fed.R.Civ.P 6 for good cause shown and not for any improper purpose of delay.

8.      In accordance with Local Rule 3.01(g), the undersigned certify that all Parties agree to the relief sought in this motion.


WHEREFORE, the Parties respectfully request the Court allow for the November 17 2020 mediation to occur remotely.

Date: October 23, 2020

Respectfully submitted,

By: */s/ Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178
eyost@carltonfields.com
William (Ty) Giltinan
Florida Bar No. 27810
wgiltinan@carltonfields.com
J. Coy Stull
Florida Bar No. 15764
jstull@carltonfields.com

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133

-and-

Daniel C. Johnson
Trial Counsel
djohnson@carltonfields.com
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Ave., Ste. 1000
Orlando, Florida  32801-3400
Tel. No.:  (407) 244-8237
Fax No.:   (407) 648-9099

-and-

**ROTHWELL, FIGG, ERNST
& MANBECK, P.C.**

Robert P. Parker (Trial Counsel) (*pro hac vice*)
rparker@rfem.com
Jenny Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)

By:  */s/ Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPELT
& GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Jay Emerick
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-3772
jay.emerick@kirkland.com

*Attorneys for Defendant*

mrawls@rfem.com
D. Lawson Allen (*pro hac vice*)
dallen@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been furnished,

electronically, through the CM/ECF system, to all counsel of record on this 23rd day of October

2020.


/s/ *Daniel C. Johnson*
Daniel C. Johnson