IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1333-RBD-EJK |
| v. | ) |
| | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

The Parties to this action, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action as follows:

1. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), this Stipulation of Voluntary Dismissal Without Prejudice is signed by counsel for all Parties who have appeared.

2. This action is hereby dismissed without prejudice, each Party to bear its own costs and attorneys' fees.

So stipulated:

By: */s/ Daniel C. Johnson*
Eleanor M. Yost
Florida Bar No. 1003178

By: */s/ Ryan T. Santurri*
Ryan T. Santurri
Florida Bar No. 15698

1

125011955.1

| | |
|---|---|
| eyost@carltonfields.com<br>William (Ty) Giltinan<br>Florida Bar No. 27810<br>wgiltinan@carltonfields.com<br>J. Coy Stull<br>Florida Bar No. 15764<br>jstull@carltonfields.com<br><br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, Florida 33607-5780<br>Tel. No.: (813) 229-4395<br>Fax No.: (813) 229-4133<br><br>-and-<br><br>Daniel C. Johnson<br>Trial Counsel<br>djohnson@carltonfields.com<br>Florida Bar No. 522880<br>Carlton Fields, P.A.<br>200 S. Orange Ave., Ste. 1000<br>Orlando, Florida  32801-3400<br>Tel. No.:  (407) 244-8237<br>Fax No.:   (407) 648-9099<br><br>-and-<br><br>**ROTHWELL, FIGG, ERNST<br>& MANBECK, P.C.**<br><br>Robert P. Parker (Trial Counsel) (*pro hac vice*)<br>rparker@rfem.com<br>Jenny Colgate (*pro hac vice*)<br>jcolgate@rfem.com<br>Michael Jones (*pro hac vice*)<br>mjones@rfem.com<br>Daniel McCallum (*pro hac vice*)<br>dmccallum@rfem.com | rsanturri@allendyer.com<br>ALLEN, DYER, DOPPELT<br>& GILCHRIST, P.A.<br>255 South Orange Avenue, Suite 1401<br>Post Office Box 3791<br>Orlando, FL 32802-3791<br>Telephone: (407) 841-2330<br>Facsimile: (407) 841-2343<br><br>Jay Emerick<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-3772<br>jay.emerick@kirkland.com<br><br>*Attorneys for Defendant* |

125011955.1

Mark Rawls (*pro hac vice*)
mrawls@rfem.com
D. Lawson Allen (*pro hac vice*)
dallen@rfem.com
607 14th Street N.W., Suite 800
Washington, DC 20005
Tel. No.: (202) 783-6040
Fax No.: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on this 19th day of February, 2021.

/s/ *Daniel C. Johnson*
Daniel C. Johnson